UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA PAJOR,

      Plaintiff,                                       Case No. 22-cv-10438

v.                                                        Paul D. Borman
                                                          United States District Judge

COMMISSIONER OF                          Elizabeth A. Stafford
SOCIAL SECURITY,                           United States Magistrate Judge

      Defendant.

_____/

**ORDER
(1) ADOPTING MAGISTRATE JUDGE STAFFORD'S
FEBRUARY 1, 2023 REPORT AND RECOMMENDATION (ECF NO. 17),
(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
(ECF NO. 14),
(3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(ECF NO. 15), AND
(4) AFFIRMING THE FINDINGS OF THE COMMISSIONER**

On February 1, 2023, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation addressing the cross-motions for summary judgment filed in this matter. (ECF No. 17.)  In the Report and Recommendation, Magistrate Judge Stafford recommends that Defendant's Motion for Summary Judgment (ECF No. 15) be granted, Plaintiff's Motion for Summary Judgment (ECF No. 14) be denied, and the Commissioner's decision be affirmed under sentence four of 42 U.S.C. § 405(g). (ECF No. 17.)

Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the Report and Recommendation (ECF No. 17), **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 15), **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 14), and **AFFIRMS** the findings of the Commissioner.

IT IS SO ORDERED.

                                        s/ Paul D. Borman
                                        Paul D. Borman
                                        United States District Judge

Dated: February 17, 2023